IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Criminal Case No.: 08-po-00047-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHN ARCHULETA,
2. GLEN R. FRESE,
3. CHARLES R. HUGHES

    Defendants.

## ORDER DISMISSING VIOLATION NOTICE(S)

On the Government's Motion to Dismiss, at the request of the issuing agency, Violation Notice Nos. F4105959, F4105956 and F4105183 are dismissed without prejudice.

DATED: December 12, 2008

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge

cc:    AUSA Wyatt Angelo
        Central Violations Bureau